UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHAY JEWELRY CORP., *doing business as* VIR JEWELS,

      Plaintiff,

– against –

VR JEWELS USA INC.,

      Defendant.

**ORDER**

23-cv-09168 (ER)

Ramos, D.J.:

  Richay Jewelry Corp. filed this action on October 18, 2023.  Doc. 1.  Richay filed an affidavit of service on November 8, 2023, indicating that VR Jewels USA Inc. had been served.  Doc. 8.  There has been no subsequent activity on the docket.

  Richay is directed to submit a status letter by June 5, 2024.  Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated: May 29, 2024
    New York, New York

                      EDGARDO RAMOS, U.S.D.J.